UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADEL AHMED MOHSSEN, et al.,

    Plaintiffs,

    v.

USDA RETAILER POLICY,

    Defendant.

Case No. 14-cv-04994-DMR

**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT**

Plaintiffs filed the complaint on November 12, 2014. According to Plaintiffs, the summons and complaint have not yet been served on Defendant. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 120 days after the complaint is filed. Accordingly, Plaintiffs are hereby ORDERED to show cause in writing by no later than March 30, 2015 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant. The Case Management Conference scheduled for March 25, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: March 23, 2015



Donna M. Ryu
United States Magistrate Judge