UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL AHMED MOHSSEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>USDA RETAILER POLICY,<br><br>    Defendant. | Case No. 14-cv-04994-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 23, 2015, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than March 30, 2015 explaining Plaintiff's failure to serve the summons and complaint on Defendant. [Docket No. 17.] Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 3, 2015



Donna M. Ryu
United States Magistrate Judge